# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LUTHER SUTTER**                                                      **PLAINTIFF**

v.                            No. 4:22-cv-1228-DPM

**CESAR MARTANS; JP MORGAN
CHASE BANK, National Association
Successor to NBD Bank, N.A.; and
OLD REPUBLIC INSURANCE COMPANY**            **DEFENDANTS**

## JUDGMENT

Sutter's amended complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

1 May 2023